NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESSOCIATE, INC.,**
*Plaintiff-Appellant*

**v.**

**CLICKBOOTH.COM, LLC, 4355768 CANADA INC., DBA CRAKMEDIA,**
*Defendants-Appellees*

---

2015-1332, -1333

---

Appeals from the United States District Court for the Central District of California in No. 8:13-cv-01886-JVS-DFM, 8:14-cv-00679-JVS-DFM, Judge James V. Selna.

---

## JUDGMENT

---

DEREK ALAN NEWMAN, Newman Du Wors LLP, Seattle, WA, argued for plaintiff-appellant. Also represented by DEREK LINKE, KEITH P. SCULLY.

DARREN MATTHEW FRANKLIN, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for defendant-appellee Clickbooth.com. Also represented by ANDREW T. KIM; RICHARD NEWMAN, Hinch Newman LLP, New York, NY.

WILLIAM G. JENKS, Jenks IP Law, Washington, DC, argued for defendant-appellee 4355768 Canada Inc. Also represented by BEN M. DAVIDSON, Davidson Law Group ALC, Los Angeles, CA.

───────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 11, 2016          /s/ Daniel E. O'Toole
    Date                Daniel E. O'Toole
                        Clerk of Court